# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 30, 2016

### NO. 03-14-00804-CV

**In the Matter of A. C.**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the juvenile court on November 7, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the juvenile court's order. Therefore, the Court affirms the juvenile court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.